```
ELIZABETH WALDOW
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0243
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT, ) | CASE #6:05-mj-0202-WMW |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| vs ) | PLAINTIFF'S RESPONSE IN |
| ) | OPPOSITION TO DEFENDANT'S |
| ) | MOTION TO DISMISS |
| Mark Von Stevens ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between Elizabeth Waldow, the Legal Officer for the United States Government and Defendant, Mark Von Stevens, and his Attorney of record, Carrie Leonetti, that the filing of Plaintiff's response in the above-captioned matter scheduled for December 29, 2005, be continued until January 12, 2006.

Dated: December 29, 2005

By: /S/ Elizabeth Waldow
ELIZABETH WALDOW
Legal Officer for
United States Government

Dated: December 29, 2005

By: /S/ Carrie Leonetti
CARRIE LEONETTI
Attorney for Mark Von Stevens
As authorized on 12/27/05

1
STIPULATION TO CONTINUE AND ORDER THEREON

1
2                              * * * ORDER * * *
3       The Court, having reviewed the above request for a
4  Continuance in Plaintiff's Filing of Response in Motion to
5  Dismiss until January 12, 2006, and Order Thereon, HEREBY ORDERS
6  AS FOLLOWS:
7       1.   The Plaintiff's Response to Defendant, Mark Von
8            Stevens, shall be continued to January 12, 2006.
9
10 It is so ordered:
11
12 Dated:_____, 2006
13
14
15                                 By:_____
16                                    WILLIAM M WUNDERLICH
                                      United States Magistrate Judge
17                         IT IS SO ORDERED.
18           **Dated:   January 4, 2006         /s/  William M. Wunderlich**
                        mmkd34UNITED STATES MAGISTRATE JUDGE
19
20
21
22
23
24
25
26
27
28