1  ELIZABETH WALDOW
   NATIONAL PARK SERVICE
2  Law Enforcement Office
3  P.O. Box 517
   Yosemite, California   95389
4  Telephone: (209) 372-0243

5

6          **In The Eastern District of California for the**

7

8                  **United States District Court**

9

10

11  UNITED STATES OF AMERICA,        )    CASE NO. 6:05-mj-0202
                                     )
12            Plaintiff,             )    ORDER TO DENY DEFENDANT'S
                                     )    MOTION TO DISMISS
13        v.                         )
                                     )
14  MARK VON STEVENS,                )    Date: January 25, 2006
                                     )    Time: 10:00 a.m.
15            Defendant.             )    Courtroom: U.S. Magistrate
                                     )    Judge:
16                                   )    Hon. William M. Wunderlich
                                     )
17  _____ )
                                     )
18

19  For the reasons stated in the United States Government Response

20  in Denial of Defendant's Motion to Dismiss the United States

21  Government, through its representative Elizabeth Waldow,

22  respectfully requests that the Defendant's Motion to Dismiss be

23  denied.

24

25

26

27

28

                                   1

Respectfully submitted,

Dated:___January 25, 2006__,___/s/Elizabeth Waldow_____
                                Elizabeth Waldow
                                National Park Service

**ORDER**

It is so ordered.

Date: January 25, 2006     _____

                            The Hon. William M. Wunderlich
                            Magistrate Judge for the
                            Eastern District of California

IT IS SO ORDERED.

**Dated:   January 30, 2006**      _____/s/  William M. Wunderlich_____
mmkd34                             UNITED STATES MAGISTRATE JUDGE